IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Milsap, Barbara Jean | Case Number: 06 B 14262 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 02/03/09 | Filed: 11/2/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed - No Disch:  January 29, 2009
Confirmed:  January 8, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 13,431.91 | |
| Secured: | | 6,347.05 |
| Unsecured: | | 3,294.50 |
| Priority: | | 0.00 |
| Administrative: | | 3,000.00 |
| Trustee Fee: | | 790.36 |
| Other Funds: | | 0.00 |
| Totals: | 13,431.91 | 13,431.91 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 3,000.00 | 3,000.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 6,347.05 | 6,347.05 |
| 4. | Midnight Velvet | Unsecured | 1,077.98 | 1,077.98 |
| 5. | Seventh Avenue | Unsecured | 482.72 | 482.72 |
| 6. | Capital One | Unsecured | 477.22 | 477.22 |
| 7. | Capital One | Unsecured | 651.62 | 651.62 |
| 8. | RoundUp Funding LLC | Unsecured | 438.16 | 438.16 |
| 9. | ECast Settlement Corp | Unsecured | 166.80 | 166.80 |
| 10. | Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 12. | Addison Radiology Assoc | Unsecured | | No Claim Filed |
| 13. | Emergency Care Physician | Unsecured | | No Claim Filed |
| 14. | Ginny's | Unsecured | | No Claim Filed |
| 15. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 16. | MCI Residential | Unsecured | | No Claim Filed |
| 17. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 18. | Our Lady of Resurrection | Unsecured | | No Claim Filed |
| 19. | Emergency Care Physician | Unsecured | | No Claim Filed |
| 20. | Orchard Bank | Unsecured | | No Claim Filed |
| 21. | Our Lady of Resurrection | Unsecured | | No Claim Filed |
| 22. | Superior Ambulance | Unsecured | | No Claim Filed |
| 23. | Pathology Assoc Of Chicago | Unsecured | | No Claim Filed |
| 24. | Michael Reese Hospital And Medical Cntr | Unsecured | | No Claim Filed |
| | | | $ 12,641.55 | $ 12,641.55 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Milsap, Barbara Jean | Case Number: 06 B 14262 |
| | Judge: Hollis, Pamela S |
| Printed: 02/03/09 | Filed: 11/2/06 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 88.32 |
| 5.4% | 273.24 |
| 6.5% | 149.50 |
| 6.6% | 279.30 |
| | $ 790.36 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

